IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEXANDER J. SILVERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D17-1973

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 10, 2017.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Alexander J. Silvers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROWE, MAKAR, and JAY, JJ. CONCUR.